IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM F. DOSHIER and DOTSTRATEGY, CO.                    PLAINTIFFS

vs.                          Case No. 4:18-CV-00628-KGB

FACEBOOK, INC.                                              DEFENDANT

### UNOPPOSED AND CONSENT MOTION TO TRANSFER BY DEFENDANT FACEBOOK, INC.

Defendant Facebook, Inc., respectfully moves the Court to transfer this case to the Northern District of California, and in support states:

1. Plaintiffs William F. Doshier and dotStrategy, Co. have represented that they consent to the transfer and do not oppose this motion. *See* Goodman Decl., Exs. 1-2.

2. This case should be transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a) because Plaintiffs have consented to the transfer and the parties' forum-selection agreement designates the United States District Court for the Northern District of California as the exclusive federal forum for resolution of disputes relating to or arising out of their contractual relationship.

3. This is further explained in a contemporaneously filed supporting brief. *See* Local Rule 7.2(a).

4. This motion and brief are further supported by the Declarations of Martha L. Goodman and Nicholas Wong attached hereto as Exhibits A and B. *See* Local Rule 7.2(c).

Accordingly, Defendant respectfully moves the Court to transfer this case to the Northern District of California.

Dated: December 19, 2019								Respectfully submitted,

By:	*/s/ Karen L. Dunn*
	Kathleen R. Hartnett (pro hac vice)
	BOIES SCHILLER FLEXNER LLP
	44 Montgomery Street
	41st Floor
	San Francisco, CA 94104
	Tel: (415) 293-6800
	Fax: (650) 329-8507
	khartnett@bsfllp.com

	Karen L. Dunn (pro hac vice)
	Martha L. Goodman (pro hac vice)
	BOIES SCHILLER FLEXNER LLP
	1401 New York Avenue, N.W.
	Washington, DC 20005
	Tel: (202) 237-2727
	Fax: (202) 237-6131
	mgoodman@bsfllp.com

	Marshall S. Ney (Ark. Bar No. 91108)
	FRIDAY, ELDRIDGE & CLARK LLP
	3350 S. Pinnacle Hills Parkway, Suite 301
	Rogers, AR 72758
	Tel: (479) 695-6049
	Fax: (501) 244-5389
	mney@fridayfirm.com

	*Attorneys for Defendant Facebook, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of December 2019, I caused to be served the foregoing document, via ECF, upon the following individual:

David A. Hodges, Esq.
Counsel for Plaintiffs William F. Doshier and dotStrategy, Co.
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
david@hodgeslaw.com

　　　　　　　　　　　　　　　　　　　*/s/ Martha L. Goodman*
　　　　　　　　　　　　　　　　　　　Martha L. Goodman

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Facebook Inc.*