IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM F. DOSHIER and DOTSTRATEGY, CO.**     **PLAINTIFFS**

v.     Case No. 4:18-cv-00628-KGB

**FACEBOOK, INC.**     **DEFENDANT**

## ORDER

Before the Court is an unopposed and consent motion to transfer filed by defendant Facebook, Inc. ("Facebook") (Dkt. No. 43). Facebook requests that the Court transfer this case to the Northern District of California (*Id.*). Facebook states that plaintiffs William F. Doshier and dotStrategy, Co. ("dotStrategy") have represented that they consent to the transfer and do not oppose this motion (*Id.*, ¶ 1). Facebook states that this case should be transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a) because plaintiffs have consented to the transfer and the parties' forum-selection agreement designates the United States District Court for the Northern District of California as the exclusive federal forum for resolution of disputes relating to or arising out of their contractual relationship (*Id.*, ¶ 2). For good cause shown, the Court grants Facebook's motion (Dkt. No. 43). The Court directs the Clerk to transfer this case immediately to the Northern District of California.

So ordered this the 7th day of January, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge