ASHLEY M. SIMONSEN (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 (424) 332-4782
Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

SIMON J. FRANKEL (Bar No. 171552)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: sfrankel@cov.com

KATHRYN E. CAHOY (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: kcahoy@cov.com

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM F. DOSHIER and DOTSTRATEGY, CO., <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Civil Case No.: 3:20-cv-00170-WHA <br><br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 5-1(c)(2)(E) and 11-5, Defendant Facebook, Inc. ("Facebook") hereby requests court approval to substitute the law firm of Covington & Burling LLP as its counsel of record in this action and to permit the withdrawal of its current counsel of record at Boies Schiller Flexner LLP.

Pursuant to this substitution, Facebook also requests that all notices, filings, and other documents in this action be served on the following counsel:

Ashley M. Simonsen (Bar No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 (424) 332-4782
Facsimile: +1 (424) 332-4749
Email: asimonsen@cov.com

Simon J. Frankel (Bar No. 171552)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: sfrankel@cov.com

Kathryn E. Cahoy (Bar No. 298777)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: + 1 (650) 632-4700
Facsimile: + 1 (650) 632-4800
Email: kcahoy@cov.com

1    We hereby agree to the foregoing substitution,

2

3    DATED: April 13, 2020                    BOIES SCHILLER FLEXNER LLP

4                                             */s/ Martha Goodman*
                                             Martha Goodman
5

6

7    We hereby agree to the foregoing substitution,

8

9    DATED: April 13, 2020                    COVINGTON & BURLING LLP

10

11                                            */s/ Ashley Simonsen*
                                             Ashley Simonsen
12

13

14   Facebook hereby agrees to the foregoing substitution,

15   DATED: April 13, 2020                    FACEBOOK, INC.

16

17                                            */s/ Holly Tambling*
                                             Holly Tambling
18

19

20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL                    3                    Case No.: 3:20-cv-00170-WHA
AND [PROPOSED] ORDER

1

**ATTESTATION**

2        Pursuant to Civil L.R. 5-1(i)(3), Ashley Simonsen hereby attests that concurrence in the filing of

3   this document has been obtained from each of the above signatories.

4

5

6   Dated: April 13, 2020                    COVINGTON & BURLING LLP

7

8                                            By: */s/ Ashley Simonsen*_____
                                                 Ashley Simonsen

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2        Pursuant to the foregoing,  IT IS HEREBY ORDERED THAT:

3        The law firm of Covington  & Burling LLP is substituted as counsel of record in this action for

4   defendant Facebook, Inc. in place and instead of Boies Schiller Flexner LLP.

5

6   Dated: April ___, 2020                    _____

7                                             Hon. William  Alsup
                                              United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28