UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM F. DOSHIER and
DOTSTRATEGY, CO.,

       Plaintiffs,

  v.

FACEBOOK, INC.,

       Defendants.

No. C 20-00170 WHA

**ORDER RE STIPULATED REQUEST TO ENLARGE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

In this putative class action, the parties stipulate to allowing plaintiffs until April 30 to file an amended complaint and defendant until June 30 to respond to the operative complaint. Should defendant file a motion to dismiss, the parties stipulate to an extended briefing schedule and a September 17 hearing.

To facilitate this elongated schedule, the parties seek an order postponing the initial case management conference from May 7 to September 17. The parties' stipulation is **DENIED**. Plaintiffs filed this action in Arkansas state court nearly two years ago and it has languished on this Court's docket since January 2020. Delaying for another five months is unreasonable.

**IT IS SO ORDERED.**

Dated: April 20, 2020.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE