# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# <u>CIVIL MINUTES</u>

| **Date:** August 20, 2020 | **Time:** 8:00 – 8:50<br>= 50 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.**: 20-cv-00170-WHA | **Case Name:** William Doshier et al v. Facebook Inc | |
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Katherine Sullivan | |

**Attorney for Plaintiff:** Thomas Bright

**Attorney for Defendant:** Ashley Simonsen and Kathryn Cahoy

## PROCEEDINGS

Defendant's Motion to Dismiss Amended Complaint (Dkt. 72) – Held Telephonically - Taken Under Submission

Initial Case Management Conference – Held Telephonically

**PRETRIAL SCHEDULE:**

Complete Initial Disclosures**: September 2, 2020**
Last Day to Seek Leave to Add/Amend: **December 31, 2020**
Last Day to File Class Certification Motion: **March 11, 2021**
(49-day track)
Discovery cutoff: **September 30, 2021**
Expert Disclosure: **September 30, 2021**
Last Day to File Dispositive Motions**: October 28, 2021**
Pretrial Conference: **January 19, 2022 at 2:00 pm**
**Jury Trial: February 7, 2022 at 7:30 am**

REFERRALS: Case referred to Magistrate Judge Joseph C. Spero for Settlement Conference.