UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOTSTRATEGY CO., | |
| Plaintiff, | No. C 20-00170 WHA |
| v. | |
| META PLATFORMS, INC., F/K/A FACEBOOK, INC., | **FINAL JUDGMENT** |
| Defendant. | |

For the reasons stated in the accompanying order granting summary judgment, final judgment is hereby entered in favor of defendant and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 20, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE